## The People of the State of Illinois, Plaintiff-Appellee, v. James Clyde Meeks, Defendant-Appellant.

**Gen. No. 10,600.**

Fourth District.

March 8, 1965.

Ortheldo A.
Peithman, of Farmer City, for appellant; Thomas Lamkin, State's
Attorney, of Clinton, and Ray Moss, Special State's Attorney,
of DeWitt County, for appellee. Opinion by JUSTICE CRAVEN.
Not to be published in full.